# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARVIN PHILLIPS, on his own behalf and
others similarly situated,**

                    **Plaintiff,**

**-vs-**                                                    **Case No.  6:05-cv-1742-Orl-22KRS**

**RAM ELECTRIC USA, INC.,**

                    **Defendant.**

_____

## ORDER TO STRIKE

Notice of Compliance with Rule 26(a)(1) Disclosure Requirements (Document No. 23) was filed in the above-styled case.  It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the document is **ORDERED** stricken.

**Non-Filing of Discovery Material.**  *See* Middle District of Florida Local Rule 3.03(e).

DATED:       This 5th day of April, 2006 in Orlando, Florida

                                                    *Karla R. Spaulding*
                                                    KARLA R. SPAULDING
                                                    UNITED STATES MAGISTRATE JUDGE