# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARVIN PHILLIPS,**

        **Plaintiff,**

**-vs-**                                                                    Case No.  6:05-cv-1742-Orl-22KRS

**RAM ELECTRIC USA, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and for Entry of Dismissal (Doc. No. 25) filed on June 20, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 18, 2006 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and for Entry of Dismissal (Doc. No. 25) is **GRANTED**.

3. The Settlement Agreement is hereby **APPROVED.**

    4.    This case is **DISMISSED WITH PREJUDICE**.

    5.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 4, 2006.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record